**Carnell GIBBS, Appellant**

v.

**Greg BARTKOWSKI; Attorney General New Jersey; Charles Warren.**

**Nos. 13–2242, 14–3421.**

United States Court of Appeals, Third Circuit.

Submitted Under Third Circuit L.A.R. 34.1(a) April 10, 2015.

April 17, 2015.

Christopher Bailes, Richard H. Frankel, Esq., Mina Khalil, Drexel University Earle Mack School of Law, Philadelphia, PA, for Plaintiff–Appellant.

Mario C. Formica, Esq., John J. Santoliquido, Esq., James F. Smith, Esq., Mays Landing, NJ, for Defendant–Appellee.

Before: RENDELL, HARDIMAN, and VANASKIE, Circuit Judges.

## JUDGMENT ORDER *

THOMAS I. VANASKIE, Circuit Judge.

Appellant Carnell Gibbs filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the United States District Court for the District of New Jersey on February 9, 2011. In an order dated March 18, 2013, the District Court dismissed that petition as time-barred under 28 U.S.C. § 2244(d)(1)(A). We granted a certificate of appealability to address whether the limitations period on Gibbs's petition should have been tolled between January 9, 2008, when the New Jersey Superior Court, Appellate Division, began considering the merits of Gibbs's initially untimely appeal of the dismissal of his state-court collateral-review application, and October 7, 2010, when the New Jersey Supreme Court denied Gibbs's petition for review. In a letter brief dated February 19, 2015, Appellees conceded that the limitations period should have been tolled during that period, and that as a result, Gibbs's petition was not time-barred. Accordingly, it is

ORDERED and ADJUDGED that the judgment of the District Court entered March 18, 2013, be and is hereby VACATED and the matter is REMANDED for further proceedings.*

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

* The Third Circuit Court of Appeals gratefully acknowledges the Appellate Litigation Clinic at Drexel University School of Law, Richard H. Frankel, Esq, and law students Mina Khalil and Christopher Bailes for their representation of appellant Carnell Gibbs before the Court.